UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:08-CR-42 |
| V. | ) | (Philips / Shirley) |
| | ) | |
| BRETT EDWARD DIRR, | ) | |
| RENEE DIRR, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendants Brett Dirr's and Renee Dirr's Letter to the Court [Doc. 17], filed April 28, 2008.

In their letter, Defendants request an extension of time to file pretrial motions, or in the alternative, request the Court to advise them if a formal motion is needed to request additional time. On April 30, 2008, the Court contacted Defendants, advising them a formal motion must be filed in support of their request for additional time. On May 2, 2008, the government filed a response to Defendants' letter, advising the Court it does not oppose an extension of the motion deadline as long as the extension is reasonable [Doc. 19].

The Court will address Defendants' request for additional time to file pretrial motions, if and when, a formal motion for extension of time is filed. The Court recognizes the government has no

objection to a reasonable extension of time. Until then, Defendants' motion deadline remains **May 19, 2008**, pursuant to the Court's Order on Discovery and Scheduling [Doc. 13-2].

    **IT IS SO ORDERED.**

                                      ENTER:

                                      s/ C. Clifford Shirley, Jr.
                                      United States Magistrate Judge