IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:08-CR-42 |
| | ) | (PHILLIPS / SHIRLEY) |
| V. | ) | |
| | ) | |
| BRETT EDWARD DIRR, | ) | |
| RENEE DIRR, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the undersigned on the government's Motion to Amend Motion *In Limine* and for Exception to Fed.R.Crim.P. 49.1(a) [Doc. 23]. The government asks the Court for leave to amend its Motion *In Limine* [Doc. 21] filed May 19, 2008, for the purpose of submitting redacted versions of government's exhibits F and G, which appear to contain personal identifiers of the Defendants. The government also seeks an exception to Fed.R.Crim.P. 49.1(a) with respect to Defendants' home address.

Although Defendants have not yet responded to the government's Motion to Amend, the Count finds it is in Defendants' best interest for a timely ruling on the Motion to Amend. The substance of the government's Motion to Amend is to allow it to remove the currently filed exhibits and refile them in redacted form so as to remove Defendants' personal information from CM-ECF. The Court finds this request well-taken and accordingly, directs the government to refile any documents which currently contain personal information of the Defendants in redacted form. In

regard to the government's request to be excepted from the obligations under Fed.R.Crim.P. 49.1(a) with respect to Defendants' home address, the Court finds the government's request reasonable in light of Defendants proceeding *pro se*, and thus, receiving all court filings via First Class United States Mail since they do not have access to CM-ECF.

Accordingly, the Court **GRANTS** the United States' Motion to Amend Motion *In Limine* and for Exception to Fed.R.Crim.P. 49.1(a) **[Doc. 23]**. The government is directed to refile, in redacted form, any exhibits which contain personal identifiers of Defendants, unless the personal identifier is their home address.

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.　　
United States Magistrate Judge