IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-42 |
| | ) | (PHILLIPS/SHIRLEY) |
| BRETT EDWARD DIRR, and | ) | |
| RENEE DIRR, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on counsel for Defendant Brett Dirr's Unopposed Motion for Counsel to Appear Telephonically [Doc. 83], filed on December 10, 2008. Attorney Alan Richey asks to appear by telephone at the December 22, 2008 hearing scheduled before the undersigned in this case because of the nature of the hearing, the anticipated quick resolution of the issues to be addressed, and his desire to avoid the expense of travel from Washington to the Eastern District of Tennessee. The motion states that neither the government nor Defendant Renee Dirr, who is representing herself in this matter, oppose this request.

The Court finds that good cause exists for defense counsel to appear at the December 22, 2008 hearing by telephone. Accordingly, Defendant's Unopposed Motion for Counsel to Appear

Telephonically [**Doc. 83**] is **GRANTED**. Counsel is directed to contact chambers well in advance of the hearing to get the necessary information to participate by telephone.

**IT IS SO ORDERED.**

ENTER:

_s/ C. Clifford Shirley, Jr._
United States Magistrate Judge